# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 25-2121V**

MARGOT REYNOLDS,

Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Chief Special Master Corcoran

Filed: August 19, 2026

*Kimberly Sloan, Maglio Christopher & Toale, PA, Seattle, WA, for Petitioner.*

*Catherine Elizabeth Stolar, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On December 15, 2025, Margot Reynolds filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered Guillain-Barré syndrome ("GBS") resulting from an influenza vaccine received on September 13, 2024.. Petition at 1-7. Petitioner further alleges the vaccine was administered in the United States, her injuries have lasted for more than six months, and neither Petitioner, nor any other party, has ever brought an action for her vaccine-related injuries, or received compensation in the form of an award or settlement for her vaccine-related injuries. Petition at ¶¶ 2, 33, 35, 36. The case was assigned to the Special Processing Unit of the Office of Special Masters.

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On August 19, 2026, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent agrees that Petitioner has satisfied the criteria set forth for GBS in the Table and Qualifications and Aids to Interpretation. *Id.* at 6. Respondent further agrees that the records show that the case is timely filed, the vaccine was administered in the United States, Petitioner suffered from her injury for more than six months, and there is no evidence of a factor unrelated that is a more likely cause of her injury, and therefore that entitlement to compensation is appropriate under the terms of the Vaccine Act. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master